**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM M.S. Jr., Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, Defendant | : | NO. 26-1482 |

**ORDER**

**AND NOW**, this 18th day of September 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **DENIED.**

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge